JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.com*
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:  (818) 705-3777

[Proposed] Attorneys for Jerry Namba, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>BROAD OAK RETAIL, INC.,<br><br><br><br><br>Debtor. | Case No.: 9:24-bk-10035-RC<br><br>Chapter: 7<br><br>**NOTICE OF APPLICATION TO EMPLOY MARGULIES FAITH LLP AS GENERAL COUNSEL FOR JERRY NAMBA, CHAPTER 7 TRUSTEE, EFFECTIVE MARCH 1, 2024**<br><br>[No Hearing Required] |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Jerry Namba, chapter 7 trustee (the "Trustee") in the above-referenced bankruptcy case has submitted an application to the United States Bankruptcy Court for an order authorizing him to employ Margulies Faith, LLP ("MF"), as general counsel for the Trustee (the "Application").  MF commenced services on behalf of the Trustee in this Bankruptcy Case on March 1, 2024 and will seek approval of its fees in accordance with 11 U.S.C. §§ 330 or 331 as of that date.

The Trustee believes it is in the best interest of the estate to engage in bankruptcy counsel to assist with the investigation, prosecution and recovery of certain avoidance claims; and perform any other services which may be appropriate to advise and assist the Trustee in the course of this Chapter 7 case.

MF is a law firm experienced in bankruptcy proceedings and has agreed to undertake this employment as attorneys for the Trustee if authorized by this Court.  MF will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the United States Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

MF has agreed to accept as compensation for its services as may be allowed by the Court in accordance with the law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors. MF has neither received a retainer nor a lien or interest in property of the Debtor's or third parties with respect to its representation of the Trustee.  No agreement exists for a division of fees between MF and any other person or entity except as among the members of MF.  No compensation will be paid by the Trustee to MF except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code. Attached hereto as **Exhibit A**, is a copy of MF's resume and fee schedule which sets forth the experience and qualifications of MF's attorneys and their fees.

MF represents individual debtors as counsel of record in other bankruptcy cases.  At any given time, MF may have debtor clients who have been assigned to the Trustee for the administration of their case.  Attorneys with MF have represented, and/or may be representing, the Trustee, solely in the Trustee's capacity as a Chapter 7 Trustee, in certain other unrelated cases assigned to the Trustee for administration.  These matters are separate cases and in no way impact the disinterested nature of MF's representation of the Trustee in the Bankruptcy Case.

Jeremy W. Faith, a partner with MF, serves as a Chapter 7 Trustee for the Northern Division of the Central District of California.  The Trustee represents individual debtors as counsel of record in other bankruptcy cases.  At any given time, the Trustee may have debtor clients who have been assigned to Mr. Faith in his capacity as Chapter 7 Trustee for the administration of their case.  These matters are separate cases and in no way impact the disinterested nature of MF's representation of the Trustee in the Bankruptcy Case.

The Trustee is informed and believes that MF does not represent any interest adverse to the Trustee, to creditors herein, or the estate, and that MF is a "disinterested person" as such term is defined in 11 U.S.C. § 101(14).  The Trustee believes that it is in the best interests of the estate to employ MF as general counsel to the Trustee and the estate.

Any person who wishes to receive a copy of the Application can do so by contacting proposed counsel for the Trustee, whose address and telephone number are listed in the upper left-hand corner of the first page hereof.

**PLEASE TAKE FURTHER NOTICE** that any response to the Application and request for hearing must comply with Local Bankruptcy Rule 9013-1(f)(1) and be filed with the Clerk of the Bankruptcy Court, located at 1415 State Street, Santa Barbara, California, and served on:

> Office of the United States Trustee
> 915 Wilshire Blvd., Suite 1850
> Los Angeles, CA 90017
>
> Jerry Namba
> Chapter 7 Trustee
> 1375 E. Grand Avenue, Suite 103
> PMB 545
> Arroyo Grande, CA 93420
>
> Jeremy W. Faith, Esq.
> Margulies Faith, LLP
> 16030 Ventura Blvd. Suite 470
> Encino, CA 91436

no later than 14 days from the date of service of this notice, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), or (F).

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 9013-1(h), papers not timely filed and served may be deemed by the Court to be consent to the granting of the Application without further hearing and notice.

Dated: March 14, 2024                    **MARGULIES FAITH, LLP**

                                         _/s/ Jeremy W. Faith_____
                                            Jeremy W. Faith
Mailing Date: March 14, 2024             [Proposed] Attorneys for
                                         Jerry Namba, Chapter 7 Trustee

# EXHIBIT A



## BIOGRAPHIES

### *PARTNERS*

CRAIG G. MARGULIES, Education: University of California, Santa Barbara (B.A. 1992, *cum laude*); University of Miami School of Law (J.D. 1995, *cum laude*).  Admitted to California Bar, 1996; Minnesota, 1996; Colorado, 1996.  Admitted to the Ninth Circuit Court of Appeals; admitted to the Central, Southern, Northern and Eastern Districts of California.   Mr. Margulies serves on the Executive Committee to the Bankruptcy Section to the Beverly Hills Bar Association, and is a member of the American Bankruptcy Institute, California Bankruptcy Forum, Los Angeles County Bar Association, and Financial Lawyers Conference.  Mr. Margulies practices in Chapter 11, Chapter 7, and Chapter 13 bankruptcy cases.   Mr. Margulies' clients have included business and individual debtors and creditors, secured and unsecured creditors, Bankruptcy Trustees, Official Unsecured Creditors' Committees, landlords, Homeowner Associations, and municipalities.  Mr. Margulies' billable rate is $690.00 per hour.

JEREMY W. FAITH, Education: University of California, Santa Barbara (B.A. - Business Economics, 1994); Loyola Law School (J.D. 1997).   After admission to the California Bar in 1997, Mr. Faith practiced State and Federal class action and appellate litigation, switching his specialization to bankruptcy and restructuring in 1999.  Beginning in 2000, Mr. Faith joined the Los Angeles bankruptcy firm Robinson, Diamant & Wolkowitz as an associate, becoming a partner in 2006.  Mr. Faith's career as a bankruptcy practitioner has focused on representing chapter 7 trustees, chapter 11 debtors-in-possession, litigants in bankruptcy court, and unsecured creditor committees.  In 2010 Mr. Faith started his own firm, Goodman Faith, LLP, eventually merging that practice with Craig G. Margulies to establish Margulies Faith, LLP in 2012.  Mr. Faith was appointed to the Panel of Chapter 7 Trustees for the Central District of California in 2011, in which capacity he continues to serve.  Mr. Faith's chapter 7 trustee position is based in the Central District's Northern Division.  Mr. Faith also serves as a Chapter 11 Trustee in operating reorganization matters. Mr. Faith's hourly rate is $690.00 per hour.



MEGHANN TRIPLETT, Education: University of Southern California, Los Angeles, (B.A., Political Science, 2004); Chapman University School of Law, Orange, California, (J.D., 2009); Admitted to the California Bar, 2009; Admitted to Central, Southern, Northern, and Eastern Districts of California. Judicial Law Clerk to the Honorable Kathleen Thompson, and the Honorable Catherine E. Bauer, Santa Ana Division.  Member: American Bankruptcy Institute, IWIRC (International Women's Insolvency & Restructuring Confederation), Santa Barbara County and San Luis Obispo County Bar Associations. Ms. Triplett's hourly rate is $550.00 per hour.

## *ASSOCIATES*

SAMUEL M. BOYAMIAN, Education: University of California, Riverside (B.A., History/Law & Society, Minor, International Relations, 2006); Southwestern Law School, Los Angeles (J.D., 2015).  Admitted to the California Bar in 2017; Admitted to the Central District of California in 2018.  Admitted to the Northern District of California in 2021. Extern for the Honorable Barry Russell (2014); Member: Armenian Bar Association, San Fernando Valley Bar Association, and the California Bankruptcy Forum. Mr. Boyamian's primary focus is Bankruptcy and Litigation. He has extensive experience representing debtors and creditors in all chapters of bankruptcy.  He is fluent in Armenian.  Mr. Boyamian's hourly rate is $465.00 per hour.



## PARALEGALS

ANGELA SABA, Education: Maric College (Paralegal Studies).  Ms. Saba has extensive experience working with attorneys and clients in chapters 7 and 13 cases on behalf of debtors, and corporate debtors. She works directly with attorneys and clients, drafting legal pleadings and correspondence, analyzing records, assisting in preference/adversary action litigation, discovery, research, assisting with briefs and memoranda, and trial preparation.  Ms. Saba's hourly rate is $275.00 per hour.

VICKY CASTRELLON, Education: Associates Degree in Paralegal Studies from College of the Canyons.  Ms. Castrellon provides legal secretarial and paralegal support to the firm's attorneys and paralegals.  Ms. Castrellon has been with Margulies Faith, LLP since 2015.  Ms. Castrellon's hourly rate is $235.00 per hour.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION TO EMPLOY MARGULIES FAITH LLP AS GENERAL COUNSEL FOR JERRY NAMBA, CHAPTER 7 TRUSTEE, EFFECTIVE MARCH 1, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 14, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Sevan Gorginian on behalf of Debtor Broad Oak Retail, Inc.**
sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com

**Jerry Namba (TR)**
jnambalaw@yahoo.com, jn01@trustesolutions.net;lgrahl@fsscommerce.com;jnambaepiq@earthlink.net

**United States Trustee (ND)**
ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On **March 14, 2024,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**: Service on Judge not required per Court Manual, Appendix F
**DEBTOR**: Broad Oak Retail, Inc., 1320 Flynn Road # 302, Camarillo, CA 93012

☒ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

NONE.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2024 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| _Date_ | _Printed Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                 **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-9
Case 9:24-bk-10035-RC
Central District of California
Santa Barbara
Thu Mar 14 14:22:06 PDT 2024

Broad Oak Batch, Inc.
1320 Flynn Road # 302
Camarillo, CA 93012-8745

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

8fig, Inc.
11801 Domain Blvd., Third Floor
Austin, TX 78758-3429

8fig, Inc.
1717 W 6th St., Suite 335
Austin, TX 78703-4787

Alien Finance, LLC
Attn: Agent, Officer or CEO
5830 E 2nd Street Suite 7000
Casper, WY 82609-4308

Amazon Capital Services
P.O. Box 84837
Seattle, WA 98124-6137

Amazon Lending
410 Terry Ave N.
Seattle, WA 98109-5210

Amazon Lending
Synchrony Bank / Amazon.com
PO Box 530598
Atlanta, GA 30353-0598

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

CBB Inc.
Attn: Agent, Officer or CEO
14442 Jewel Ave.
Flushing, NY 11367-1733

CDTFA
PO Box 942879
Sacramento, CA 94279-0001

Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Davis Wright Tremaine LLP
Attn: Jailyn Bunton
920 Fifth Ave. Suite 3300
Seattle, WA 98104-1610

Franchise Tax Board
Bankruptcy Section MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Goldman Sachs Bank
P.O. Box 45400
Salt Lake City, UT 84145-0400

I.R.S.
P.O. Box 7346
Philadelphia, PA 19101-7346

Karol Laurie Caballero
1320 Flynn Road # 302
Calle
Camarillo, CA 93012-8745

Padfield & Stout, LLP
420 Throckmorton St., Ste. 1210
Fort Worth, TX 76102-3792

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wayflyer
746 Willoughby Way NE #400
Atlanta, GA 30312-1549

Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Jerry Namba (TR)
1375 E. Grand Avenue Suite 103
PMB 545
Arroyo Grande, CA 93420-2421

Sevan Gorginian
Law Office of Sevan Gorginian
516 Burchett Avenue
Suite 200
Glendale, CA 91203-1014

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Corporate Solutions, Inc.

914 S Street

(v)Minnesota Revenue

Mail Station 6330

600 N. Robert St.

St.

End of Label Matrix

| Mailable recipients | 24 |
| Bypassed recipients | 2 |
| Total | 26 |