JEREMY W. FAITH (SBN 190647)
*Jeremy@MarguliesFaithLaw.Com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino, California 91436
Telephone: (818) 705-2777
Facsimile:   (818) 705-3777

Attorneys for Jerry Namba, Chapter 7 Trustee

FILED & ENTERED

APR 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No.: 9:24-bk-10035-RC |
| BROAD OAK RETAIL, INC., | Chapter: 7 |
| Debtor. | **ORDER AUTHORIZING: APPLICATION TO EMPLOY MARGULIES FAITH LLP AS GENERAL COUNSEL FOR JERRY NAMBA, CHAPTER 7 TRUSTEE, EFFECTIVE MARCH 1, 2024** |
| | [No Hearing Required] |

The Court, having considered the "Application to Employ Margulies Faith, LLP as General Counsel for Jerry Namba, Chapter 7 Trustee, Effective March 1, 2024, Declaration in Support Thereof" (the "Application," Docket No. 9), and the declaration regarding non-opposition to the Application; finding that it appears in the best interests of this that the Chapter 7 Trustee herein employ Margulies Faith LLP ("MF") as general counsel of the Chapter 7 Trustee; finding further that MF has no adverse interest and is disinterested; and good cause appearing, it is therefore

/ / /

/ / /

/ / /

**ORDERED** that:

1. The Application is approved;

2. The Chapter 7 Trustee is hereby authorized to employ MF as counsel, with said employment effective, March 1, 2024, the date of commencement of services, for the purposes set forth in the Application and upon the terms and conditions set forth herein, with reimbursement of fees and expenses pursuant to § 330.

###

Date: April 3, 2024

Ronald A. Clifford III
United States Bankruptcy Judge

2